UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN LICONA, JR., | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03044 |
| | § | |
| PROFESSIONAL DISTRIBUTION | § | |
| CENTER, INC., *et al.*, | § | |
|     Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 17, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Peter Bray under 28 U.S.C. § 636(b)(1). (Dkt. 27). Judge Bray filed a *Memorandum and Recommendation* on September 5, 2025, recommending that Defendants' Motion to Dismiss (Dkt. 21) be granted and Plaintiff's Motion for Leave to Amend (Dkt. 26) be denied. (Dkt. 40).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)    Judge Bray's Memorandum and Recommendation (Dkt. 40) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2)    Defendants' Motion to Dismiss (Dkt. 21) is **GRANTED**;

(3)    Plaintiff's Motion for Leave to Amend (Dkt. 26) is **DENIED**; and

(4)    All claims in Plaintiff's First Amended Complaint (Dkt. 16) are **DISMISSED with PREJUDICE**.

It is so **ORDERED**. This is a final judgment.

SIGNED at Houston, Texas on September 24, 2025.

*[signature]*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE